# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPEHR TORABI,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEUTSCHE BANK, CITIBANK, and DOES 1-2, inclusive,<br><br>　　　　　Defendants. | CASE NO.12cv1299-WQH-BLM<br><br>ORDER |

HAYES, Judge:

　　On May 30, 2012, Plaintiff initiated this action by filing a Complaint in this Court. (ECF No. 1). On July 9, 2013, Plaintiff filed the First Amended Complaint. (ECF No. 18). On November 5, 2013, the Court issued an Order stating that it would dismiss the action without prejudice as to Defendants Deutsche Bank and Citibank on November 25, 2013, unless, before that date, Plaintiff files proof that service of the First Amended Complaint was effectuated upon Defendants Deutsche Bank and Citibank. (ECF No. 24). On November 25, 2013, Plaintiff filed certificates of service indicating that Defendants Deutsche Bank and Citibank were both served via mail. (ECF Nos. 25, 26). The docket reflects that no action has been taken by Plaintiff in this case since November 25, 2013.

1 On May 29, this Court issued an Order stating:

2 Pursuant to Local Rule 41.1, "[a]ctions or proceedings which have been pending in this court for more than six months, without any proceeding or discovery having been taken therein during such period, may, after notice, be dismissed by the court for want of prosecution." S.D. Cal. Civ. Local Rule 41.1; *see also* Fed. R. Civ. P. 41(b). It appearing to the Court that dismissal for want of prosecution may be appropriate in this case, Plaintiff is hereby ORDERED TO SHOW CAUSE as to why this case should not be dismissed without prejudice for failure to prosecute.

Plaintiff shall file a written response to this ORDER TO SHOW CAUSE no later than twenty-one (21) days from the date this Order is filed. If Plaintiff does not respond, the Court will dismiss this case without prejudice.

(ECF No. 29 at 1-2). To date, Plaintiff has not responded to the Order to Show Cause.

IT IS HEREBY ORDERED that this action is DISMISSED without prejudice. The Clerk of Court shall close this case.

DATED: July 1, 2014

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge